# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-mj-00299-VCF |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA MARQUEZ, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for December 16, 2020 at 9:00 a.m., be vacated and continued to 2/24/2021 at 9:30 am in LV Courtroom 3D before Magistrate Judge Ferenbach.

DATED 12/15/2020

_____
THE HON. V. CAM FERENBACH
U.S. MAGISTRATE JUDGE